Case: **2:25−cv−02830**
Assigned To : **Parker, Thomas L.**
Referral Judge: **Pham, Tu M.**
Assign. Date : **8/22/2025**
Description: **Presidential Candidate Number P60005535 et al v. United States Patent and Trademark Office (USPTO) et al**

1